UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-10036-CR-MOORE/Garber

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JESUS MARTIN GARCIA, et al.,

       Defendants.
_____

### O R D E R

THIS CAUSE is before the Court on defendant **Jesus Martin Garcia's** Motion for Reconsideration of Order of Pretrial Detention (DE 23). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED for the reasons set forth in the Government's response.

DONE AND ORDERED at Fort Lauderdale, Florida, this 22nd day of August, 2007.

                                             LURANA S. SNOW
                                             UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Don Brown (MIA)
AFPD Brian Stekloff (MIA)